ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $7,464.64 IN U.S. CURRENCY,<br><br>Defendant. | 2:23-MC-00232-DJC-SCR<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Arnes Krajinic ("claimant"), by and through their respective counsel, as follows:

1. On or about January 17, 2023, agents with the Placer County Special Investigation Unit seized $7,414.00 in U.S. Currency incident to arrest. On or about June 7, 2023, the Bureau of Alcohol, Tobacco, Firearms, and Explosives seized the Approximately $7,464.64 in U.S. Currency (hereafter "defendant currency") pursuant to a federal seizure warrant. The seized amount, $7,464.64, represents the $7,414.00 in cash seized from Krajinic plus the accrued interest on the seized amount *($50.64)* since the arrest of Krajinic.

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant currency, or obtain an indictment alleging that the defendant currency is subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the

1  parties. That deadline was June 16, 2023.

2        3.     By Stipulation and Order filed June 21, 2023, the parties stipulated to extend to September
3  14, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the
4  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
5  forfeiture.

6        4.     By Stipulation and Order filed September 11, 2023, the parties stipulated to extend to
7  November 13, 2023, the time in which the United States is required to file a civil complaint for forfeiture
8  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
9  subject to forfeiture.

10       5.     By Stipulation and Order filed November 13, 2023, the parties stipulated to extend to
11 February 12, 2024, the time in which the United States is required to file a civil complaint for forfeiture
12 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
13 subject to forfeiture.

14       6.     By Stipulation and Order filed February 8, 2024, the parties stipulated to extend to May
15 13, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the
16 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
17 forfeiture.

18       7.     By Stipulation and Order filed May 13, 2024, the parties stipulated to extend to August 9,
19 2024, the time in which the United States is required to file a civil complaint for forfeiture against the
20 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
21 forfeiture.

22       8.     By Stipulation and Order filed August 9, 2024, the parties stipulated to extend to October
23 8, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the
24 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
25 forfeiture.

26       9.     By Stipulation and Order filed October 7, 2024, the parties stipulated to extend to
27 December 6, 2024, the time in which the United States is required to file a civil complaint for forfeiture
28 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

1  subject to forfeiture.

2  10. By Stipulation and Order filed December 4, 2024, the parties stipulated to extend to
3  February 4, 2025, the time in which the United States is required to file a civil complaint for forfeiture
4  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
5  subject to forfeiture.

6  11. By Stipulation and Order filed January 28, 2025, the parties stipulated to extend to March
7  6, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the
8  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
9  forfeiture.

10  12. By Stipulation and Order filed March 4, 2025, the parties stipulated to extend to May 5,
11  2025, the time in which the United States is required to file a civil complaint for forfeiture against the
12  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
13  forfeiture.

14  13. By Stipulation and Order filed May 2, 2025, the parties stipulated to extend to July 3,
15  2025, the time in which the United States is required to file a civil complaint for forfeiture against the
16  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
17  forfeiture.

18  14. By Stipulation and Order filed July 2, 2025, the parties stipulated to extend to August 29,
19  2025, the time in which the United States is required to file a civil complaint for forfeiture against the
20  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
21  forfeiture.

22  15. By Stipulation and Order filed August 29, 2025, the parties stipulated to extend to
23  November 26, 2025, the time in which the United States is required to file a civil complaint for forfeiture
24  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
25  subject to forfeiture.

26  16. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
27  to February 24, 2026, the time in which the United States is required to file a civil complaint for
28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

Stipulation and Order to Extend Time

currency is subject to forfeiture.

17. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 24, 2026.

Dated: 11/25/2025

ERIC GRANT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/24/2025

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for potential claimant
Arnes Krajinic

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: November 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE