ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $7,464.64 IN U.S. CURRENCY,<br><br>Defendant. | 2:23-MC-00232-DJC-SCR<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Arnes Krajinic ("claimant"), by and through their respective counsel, as follows:

1. On or about January 17, 2023, agents with the Placer County Special Investigation Unit seized $7,414.00 in U.S. Currency incident to arrest. On or about June 7, 2023, the Bureau of Alcohol, Tobacco, Firearms, and Explosives seized the Approximately $7,464.64 in U.S. Currency (hereafter "defendant currency") pursuant to a federal seizure warrant. The seized amount, $7,464.64, represents the $7,414.00 in cash seized from Krajinic plus the accrued interest on the seized amount *($50.64*) since the arrest of Krajinic.

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant currency, or obtain an indictment alleging that the defendant currency is subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the

parties. That deadline was June 16, 2023.

3. By Stipulation and Order filed June 21, 2023, the parties stipulated to extend to September 14, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

4. By Stipulation and Order filed September 11, 2023, the parties stipulated to extend to November 13, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed November 13, 2023, the parties stipulated to extend to February 12, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed February 8, 2024, the parties stipulated to extend to May 13, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed May 13, 2024, the parties stipulated to extend to August 9, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed August 9, 2024, the parties stipulated to extend to October 8, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed October 7, 2024, the parties stipulated to extend to December 6, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

10. By Stipulation and Order filed December 4, 2024, the parties stipulated to extend to February 4, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed January 28, 2025, the parties stipulated to extend to March 6, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed March 4, 2025, the parties stipulated to extend to May 5, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. By Stipulation and Order filed May 2, 2025, the parties stipulated to extend to July 3, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. By Stipulation and Order filed July 2, 2025, the parties stipulated to extend to August 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15. By Stipulation and Order filed August 29, 2025, the parties stipulated to extend to November 26, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16. By Stipulation and Order filed November 26, 2025, the parties stipulated to extend to February 24, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

17. By Stipulation and Order filed February 24, 2026, the parties stipulated to extend to May 22, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18. By Stipulation and Order filed May 21, 2026, the parties stipulated to extend to August 20, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19. By Stipulation and Order filed August 21, 2026, the parties stipulated to extend to November 18, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 15, 2027, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

21. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 15, 2027.

Dated: 11/18/2026

ERIC GRANT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/18/2026

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for potential claimant
Arnes Krajinic

(Signature authorized by email)

**IT IS SO ORDERED.**

Dated: November 18, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE